November 15, 1973.

M. P. No. 73-113. VERNON H. HARDY *et al. v.* ZONING BOARD OF REVIEW OF COVENTRY. Motion for enlargement of time granted, respondents allowed 30 days from date of order to file briefs. *Marion J. Dillon,* for petitioners. *Paul A. Anderson,* Asst. Town Solicitor, for respondent.

M. P. No. 73-176. FERNAND PLANTE *et al. v.* RUSSELL BERARD *et al.* Amended petition for writ of certiorari granted. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for plaintiffs-respondents. *Tobin, Decof, LeRoy & Silverstein, Richard S. Rosenstein, M. Durkan Cannon,* Asst. City Solicitor, for defendants-petitioners.

M. P. No. 73-218. JOSEPH E. GONSALVES *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-277. STATE *ex rel.* CITY OF CRANSTON *v.* JOSEPH WALSH. Petition for review and redress of grievances denied. *Joseph Walsh,* defendant-petitioner, pro se.

M. P. No. 1962. RICHARD A. KELLY *v.* STATE. Motion of State to quash writ of habeas corpus granted. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

C. A. No. 73-297. STATE *ex rel.* JOHN J. HALLBAUER *v.* JOSEPH F. GABRIAU. Motion of defendant for extension of time for transmission of record on appeal granted, defendant allowed 30 days from date of order in which to transmit record. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.